No. 324. MILLARD, EXECUTOR, *v.* MALONEY. October 13, 1941. Petition for writ of certiorari to the Circuit

Court of Appeals for the Third Circuit denied. *Mr. George W. C. McCarter* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Miss Helen R. Carloss* and *Mr. Lee A. Jackson* for respondent.